NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN PACIOUS,**
*Petitioner,*

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,**
*Respondent.*

---

2011-3215

---

Petition for Review of the Merit Systems Protection Board in case no. DC0752100745-I-1.

---

**ON MOTION**

---

**ORDER**

John Pacious moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 1 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John Pacious
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2011

JAN HORBALY
CLERK